UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

JEFFREY CLYDE MURRAY,

    Petitioner,

CASE NO. 2:11-CV-13025
v.                                    HONORABLE PATRICK J. DUGGAN

WARDEN LLOYD RAPELJE,

    Respondent.
_____/

## JUDGMENT

Petitioner Jeffrey Clyde Murray has filed a petition for a writ of habeas corpus pursuant to 28 U.S.C. § 2254. For the reasons set forth in an Opinion and Order issued this date,

**IT IS ORDERED, ADJUDGED, AND DECREED** that the petition for a writ of habeas corpus is **DISMISSED WITH PREJUDICE**.


Dated: July 28, 2011                            s/PATRICK J. DUGGAN
                                                          UNITED STATES DISTRICT JUDGE

Copy to:
Jeffery Clyde Murray
#245927
Saginaw Correctional Facility
9625 Pierce Road
Freeland, MI   48623